

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00118-CV

**IN THE INTEREST OF X.T.** and L.T.

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-02021
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order terminating appellant's parental rights is AFFIRMED. No costs of appeal are taxed against appellant.

SIGNED June 29, 2022.

Liza A. Rodriguez, Justice